# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 11, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1827 -- In re TFT-LCD (Flat Panel) Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 25, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Deputy Clerk

Attachment

cc:   Transferee Judge:          Judge Susan Yvonne Illston
       Transferor Judges:         (See Attached List of Judges)
       Transferor Clerks:          (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**APR 2 5 2007**

FILED
CLERK'S OFFICE

## *DOCKET NO. 1827*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-1)*

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**MAY 1 1 2007**

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE OF ACTIONS (CTO-1)
# DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ARKANSAS EASTERN**
ARE 4   07-43      Robert S. Harmon v. LG Philips LCD Co., Ltd., et al.

**ARIZONA**
AZ  2   07-549      Timothy J. Lauricella v. AU Optronics Corp., et al.

**CALIFORNIA CENTRAL**
CAC 2   07-1283      Wendy Williams v. Sharp Corp., et al.
CAC 2   07-1500      George Mays v. LG Philips LCD Co., Ltd., et al.

**CALIFORNIA SOUTHERN**
CAS 3   07-312      Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al.

**DISTRICT OF COLUMBIA**
DC  1   07-276      Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al.
DC  1   07-424      Gail Feser v. AU Optronics Corp., et al.
DC  1   07-438      Rebecca Bly v. LG Philips LCD Co., Ltd., et al.

**FLORIDA SOUTHERN**
FLS  0   07-60289      Scott Eisler v. AU Optronics Corp., et al.
FLS  0   07-60323      Mauricio DeFrancisco v. AU Optronics Corp., et al.
FLS  9   07-80171      Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al.

**HAWAII**
HI   1   07-122      Sealed v. Sealed

**IOWA SOUTHERN**
IAS  4   07-96      Benjamin G. Northway v. AU Optronics Corp., et al.

**IDAHO**
ID   1   07-115      Miles H. Humphrey v. AU Optronics Corp., et al.

**KANSAS**
KS  2   07-2088      Peter Coyle v. AU Optronics Corp., et al.
KS  2   07-2107      Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al.
KS  5   07-4033      James T. Watson v. AU Optronics Corp., et al.
KS  5   07-4034      R. Rex Getz v. LG Philips LCD Co., Ltd., et al.

**MASSACHUSETTS**
MA  1   07-10457      Christopher Murphy v. LG Philips LCD Co., Ltd., et al.

**MAINE**
ME  1   07-33      Patricia Ronco v. AU Optronics Corp., et al.

**MICHIGAN EASTERN**
MIE 2   07-10613      Judith Griffith v. AU Optronics Corp., et al.
MIE 2   07-10971      Colette M. Dahm v. LG Philips LCD Co., Ltd., et al.
MIE 2   07-11529      Ling-Hung Jou v. AU Optronics Corp., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**SOUTH DAKOTA**
SD 4 07-4033    Chad Hansen v. LG Philips LCD Co., Ltd., et al.
SD 5 07-5013    Cristopher Bessette v. AU Optronics Corp., et al.

√ **TENNESSEE EASTERN**
TNE 2 07-65    Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al.

**TENNESSEE MIDDLE**
TNM 3 07-282    Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al.

**TENNESSEE WESTERN**
TNW 2 07-2165    Scott Beall v. AU Optronics Corp., et al.

**VIRGINIA EASTERN**
VAE 3 07-108    Shawn Stern v. AU Optronics Corp., et al.

**VERMONT**
VT 2 07-39    Allen Nassiff v. LG Philips LCD Co., Ltd., et al.

**WASHINGTON WESTERN**
WAW 2 07-39    Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al.

**WISCONSIN EASTERN**
WIE 2 07-151    Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al.

**WISCONSIN WESTERN**
WIW 3 07-56    Jai Paguirigan, et al. v. AU Optronics Corp., et al.
WIW 3 07-80    Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al.

**WEST VIRGINIA NORTHERN**
WVN 3 07-26    Tara Perry v. AU Optronics Corp., et al.
WVN 5 07-15    John Martich v. AU Optronics Corp., et al.