OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
   Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

29 May 2007

U.S. District Court
Eastern District of Tennessee
220 West Depot Street, Suite 200
Greenville, TN  37743

      Re:   MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case(s)
*Tabbatha Benson, et al -v- LG Philips LCD Co., Ltd., et al*

Your Case Number(s)
C.A. No. 2:07-0065

Dear Clerk:

    Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

    If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov**, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R.C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.