CLOSED, JGB

# U.S. District Court (Live Database)
# U.S. District Court - Eastern District of Tennessee (Greeneville)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00065
# Internal Use Only

Benson et al v. LG Philips LCD Co., LTD et al
Assigned to: Honorable J Ronnie Greer
Referred to: Magistrate Dennis H Inman
Demand: $5,000,000
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/14/2007
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Tabbatha Benson**                     represented by **Gordon Ball**
                                                        Ball & Scott
                                                        550 Main Avenue
                                                        750 NationsBank Center
                                                        Knoxville, TN 37902-2567
                                                        865-525-7028
                                                        Fax: 865-525-4679
                                                        Email: filings@ballandscott.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Friedson**                      represented by **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Brooks**                      represented by **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Solo**                            represented by **Gordon Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Chung**                      represented by **Gordon Ball**
*on behalf of themselves and all others*                (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

LG Philips LCD Co., LTD

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

Samsung Electronics Co., LTD.

**Defendant**

Sharp Corp.

**Defendant**

Sharp Electronics Corp.

**Defendant**

Toshiba Corp.

**Defendant**

Toshiba Matsushita Display Technology Co., LTD

**Defendant**

Hitachi, Ltd

**Defendant**

Hitachi Displays, LTD

**Defendant**

Hitachi America LTD

**Defendant**

Hitachi Electronic Devices (USA), Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies, LTD

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**IDT International, LTD**

**Defendant**

**AU Optronics**

**Defendant**

**International Display Technology Co., LTD**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**AU Optronics**
*Corporation America*

**Defendant**

**CHE MEI Optoelectronics**

**Defendant**

**CHE MEI Optoelectronics**
*USA, Inc.*

**Defendant**

**Chungwa Picture Tubes, LTD**

**Defendant**

**Hannstar Display Corporation**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/04/2007 | 3 | ORDER TRANSFERRING CASE to the MDL in the Northern District of California at San Francisco. (Attachments: # 1 Letter from Clerk Northern District of California giving attorneys needed information for that Court) (EBM, ) (Entered: 06/04/2007) |
| 05/16/2007 | 2 | Letter from MDL Clerk to Clerk of Northern District of California stating that the Conditional Transfer Order had not been objected to and telling the Clerk of CAND to notify transferee clerk by transmittal of certified copy of this order. The MDL Conditional Order is included with letter. (EBM, ) (Entered: 05/16/2007) |

| | | |
|---|---|---|
| 03/14/2007 | | NOTICE to Gordon Ball, Esq., the three out-of-state attorneys on the complaint have not made proper appearances in this case and they will not be listed as counsel of record until they do so. If they intend to participate in this case, they need to get admitted to practice in the EDTN and to register for ECF when admitted. It is your responsibility to provide them with copies of pleadings in this case. (RLC, ) (Entered: 03/14/2007) |
| 03/13/2007 | | Summons Issued as to LG Philips LCD Co., LTD, LG Philips LCD America, Inc., Samsung Electronics Co., LTD., Sharp Corp., Sharp Electronics Corp., Toshiba Corp., Toshiba Matsushita Display Technology Co., LTD, Hitachi, Ltd, Hitachi Displays, LTD, Hitachi America LTD, Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, LTD, NEC Electronics America, Inc., IDT International, LTD, AU Optronics, International Display Technology Co., LTD, International Display Technology USA, Inc., AU Optronics(Corporation America), CHE MEI Optoelectronics, CHE MEI Optoelectronics(USA, Inc.), Chungwa Picture Tubes, LTD, and Hannstar Display Corporation and given to runner at Intake for service. (FMM, ) (Entered: 03/16/2007) |
| 03/13/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00 Receipt #K3004704), filed by Brittany Chung, Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo. (Attachments: # 1 Civil Cover Sheet)(RLC, ) (Entered: 03/14/2007) |