1   Chief Nnamdi A. Ekenna, SBN: 170392
    **THE EKENNA LAW FIRM,** *apc.*
2   4311 Wilshire Boulevard, Suite 612-B
    Los Angeles, CA. 90010-3717
3
    Telephone: (323) 954-1000   Facsimile:   (323) 954-1001
4
    Attorneys for: **WENDY WILLIAMS**, et al. **and the CLASS**
5

**FILED**

JUN 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6           **UNITES STATES DISTRICT COURT**

7           **NORTHERN DISTRICT OF CALIFORNIA**

8           **SAN FRANCISCO DIVISION**

9

10  **In Re: TFT-LCD (FLAT PANEL)**          )   Master File No.: 07-CV-01827 SI
    **ANTITRUST LITIGATION**                 )
11                                            )   MDL No: 1827
    ─────────────────────────────            )
12  Related Actions:  C 07-3129 SI           )
                                              )
13                                            )      **NOTICE OF CHANGE OF**
    Wendy Williams, et al. v. Sharp Corp, et al )
14        (CV-07-1283-ABC (FMDx)             )   **FIRM ADDRESS & PHONE NUMBERS.**
    & ALL INDIRECT PURCHASER ACTION          )
15                                            )
    ─────────────────────────────            )
16

17  **TO:    THE COURT; ALL PARTIES OF INTEREST and**

        **TO THEIR ATTORNEYS OF RECORD.**
18
    PLEASE TAKE NOTICE that effective June 01, 2007, our Firm Address has changed to:
19
                **THE EKENNA LAW FIRM,** *apc.*
20
            **4311 Wilshire Boulevard, Suite 612-B**
21
                **Los Angeles, CA. 90010-3717**
22  Our new office phone numbers are:

23                  **Tel:    (323) 954-1000**

24                  **Fax:    (323) 954-1001**

25  Kindly update your records accordingly.

26  DATED:     June 7, 2007.

27                                              **Chief Nnamdi A. Ekenna**
                                                THE EKENNA LAW FIRM, *apc.*
28                                              **Attorneys for Plaintiffs, Wendy Williams, et al.**

                                - 1 -

**NOTICE OF CHANGE OF FIRM ADDRESS AND PHONE NUMBERS.**

1

## **PROOF OF SERVICE**

2

3   I, the undersigned, hereby declare that I am employed by THE EKENNA LAW FIRM, *apc.* at 4311 Wilshire Boulevard,

4   Suite 612-B, Los Angeles, CA. 90010-3717; that I am over the age of eighteen and not a party to this action; and that

5   on the date set forth below, I served true and correct copies of the below-listed document(s) to which this declaration

6   is appended, upon the parties to this action:

7

8      **NOTICE OF CHANGE OF FIRM ADDRESS & PHONE NUMBERS.**

9

10  [X]      BY U.S. MAIL {CCP § 1013} - I placed, at my place of business, a true copy thereof, enclosed in a sealed

11          envelope for collection and mailing with the United States Postal Service that same day in the ordinary course

12          of business, addressed to the individual(s) listed below.

13  [ ]      BY PERSONAL SERVICE {CCP § 1101} - I caused the above document(s) to be delivered by hand to the

14          individual(s) listed below.

15  [ ]      BY FACSIMILE {CCP § 1012.5 - I caused such document to be sent via facsimile or machine to the interested

16          parties in this action pursuant to CRC Rule 2009(b).  The fax number that I used is **(323) 954-1001**.  The

17          facsimile machine that I used comply with CRC Rule 2003(3) and no error was reported by the machine.

18  [X]      {STATE}      I declare under penalty of perjury under the Laws of the State of California that the foregoing

19                       is true and correct.

20

21  [X]      {FEDERAL}     I declare that I am employed in the office of a member of the Bar of this Court at whose

22                       direction the service was made.

23

24  Individuals Served:      **per attached Mailing List.**

25

26  EXECUTED on June 07, 2007 at Los Angeles, California.

NWACHUKWU WAGBARA

27

28

## SERVICE LIST

### In Re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

### Master File No.: 07-CV-01827-SI; MDL No.: 1827

**PLAINTIFFS:**

| | |
|---|---|
| G. MARK ALBRIGHT<br>**ALBRIGHT STODDARD WARNICK &**<br>**ALBRIGHT**<br>Quail Park !, Building D-4<br>801 South Rancho Drive<br>Las Vegas, NV. 89106-3854<br><br>Tel: (702) 384-7111 Fax: (702) 384-0605<br><br>Attorneys for **Timothy J. Purdy** | JOSEPH. WEILER<br>DARIN M. CONKLIN<br>**ALDERSON, ALDERSON, WEILER, CONKLIN,**<br>**BURGHART & CROW, L.L.C.**<br>2101 SW 21st Street<br>Topeka, KS. 66604<br><br>Tel: (785) 232-0753 Fax: (785) 232-1866<br><br>Attorneys for **James T. Watson** a/k/a **Jim Watson** |
| C. DONALD AMAMGBO, ESQ.<br>**AMAMGBO & ASSOCIATES**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA. 94621<br><br>Tel: (510) 615-6000 Fax: (510) 615-6025<br><br>Attorneys for **Lisa Blackwell** | NEIL OVERHOLTZ<br>DOUGLASS KREIS<br>JUSTIN WITKIN<br>**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,**<br>**PLC**<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL. 32503<br><br>Tel: (850) 916-7450 Fax: (850) 916-7449<br><br>Attorneys for **Robin Feins; Annie Cirrone** |
| GORDON BALL<br>**BALL & SCOTT**<br>Suite 750, Bank of America Center<br>550 Main Street<br>Knoxville, TN. 37902<br><br>Tel: (865) 525-7028 Fax: (865) 525-4679<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff;**<br>**Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson;**<br>**Scott Friedson; Michael Brooks; Joe Solo and**<br>**Brittany Chung** | ERIC J PICKAR<br>GREGORY J. ERLANDSON<br>**BANGS, McCULLEN, BUTTER, FOYE &**<br>**SIMMONS, L.L.P**<br>333 West Boulevard, Suite 400<br>P. O. Box 2670<br>Rapid City, SD. 57709-2670<br><br>Tel: (605) 343-1040 Fax: (605) 343-1503<br><br>Attorneys for **Christopher Bessette** |
| BRIAN BARRY<br>**LAW OFFICES OF BRIAN BARRY**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA. 90067<br><br>Tel: (310) 788-0831 Fax: (310) 788-0841<br><br>Attorneys for **Ari Hakim** | H. LADDIE MONTAGUE, Jr.<br>MERRILL G. DAVIDOFF<br>RUTHANNE GORDON<br>BRET P. FLAHERTY<br>CANDICE J. ENDERS<br>**BERGER & MONTAGUE, P.C.**<br>1622 locust Street<br>Philadelphia, PA. 19103<br><br>Tel: (215) 875-3000 Fax: (215) 875-4604<br><br>Attorneys for **Nathan Muchnick, Inc.** |

| | |
|---|---|
| JOSEPH TABACCO<br>CHRISTOPHER T. HEFFELFINGER<br>**BERMAN DEVALERIO PEASE TABACCO**<br>**BURT & PUCILLO**<br>425 California Street, 21st Floor<br>San Francisco, CA. 94104<br><br>Tel: (415) 433-3200 Fax: (415) 433-6382<br><br>Attorneys for **Univision-Crimson Holding, Inc.;**<br>**Central New York Univision Video Systems, Inc.;**<br>**Crimson Tech, Inc.** | R. SCOTT PALMER<br>MANUEL J. DOMINGUEZ<br>**BERMAN DEVALERIO PEASE TABACCO**<br>**BURT & PUCILLO**<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL. 33401<br><br>Tel: (561) 835-9400 Fax: (561) 835-0322<br><br>Attorneys for **Univision-Crimson Holding, Inc.;**<br>**Central New York Univision Video Systems, Inc.;**<br>**Crimson Tech, Inc.** |
| JOHN F. COVE, Jr.<br>**BOIES, SCHILLER & FLEXNER LLP**<br>1999 Harrison Street, Suite 900<br>Oakland, CA. 94612<br><br>Tel: (510) 874-1000 Fax: (510) 874-1460<br><br>Attorneys for **Omnis Computer Supplies, Inc. Magic**<br>**Video, Inc.** | ANTHONY J. BOLOGNESE<br>**BOLOGNESE & ASSOCIATES, LLC**<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA. 19103<br><br>Tel: (215) 814-6750 Fax: (215) 814-6764<br><br>Attorneys for **Nathan Muchnick, Inc.** |
| ANDREW S. FRIEDMAN<br>**BONNETT, FAIRBOURN, FRIEDMAN &**<br>**BALINT, P.C.**<br>2901 North central Avenue, Suite 1000<br>Phoenix, AZ. 85012-3311<br><br>Tel: (602) 274-1100 Fax: (602) 274-1199<br><br>Attorneys for **Timothy J. Lauricella** | C. DEWEY BRANSTETTER, Jr.<br>J. GERARD STRANCH, IV<br>**BRANSTETTER, STRANCH & JENNINGS,**<br>**PLLC**<br>227 Second Avenue North<br>Nashville, TN. 37201<br><br>Tel: (615) 254-8801 Fax: (615) 250-3937<br><br>Attorneys for **Kathleen C. Davis** |
| THOMAS H. BRILL<br>**LAW OFFICES OF THOMAS H. BRILL**<br>6552 Sagamore Road<br>Mission Hills, KS. 66208<br><br>Tel: (913) 677-2004 Fax: (913) 677-2152<br><br>Attorneys for **Kou Srimoungchanh** | MICHAEL L. BELANCIO<br>**BOWER BELANCIO, LLC**<br>800 West 47th Street, Suite 215<br>Kansa City, MO. 64112<br><br>Tel: (816) 960-4911 Fax: (816) 960-3711<br><br>Attorneys for **Peter Coyle** |
| LOUIS F. BURKE<br>460 Park Avenue, 21st Floor<br>New York, NY. 10022<br><br>Tel: (212) 682-1700 Fax:<br><br>Attorneys for **Isaac Salem** | BRYAN L. CLOBES<br>ELLEN MERWETHER<br>MICHAEL S. TARRINGER<br>TIMOTHY FRASER<br>**CAFFERTY FAUCHER LLP**<br>1717 Arch Street, 36th Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 864-2800 Fax: (215) 864-2810<br><br>Attorneys for **Custom Audio Video** |

MICAHEL J. FLANNERY
JAMES J. ROSEMERGY
**CAREY & DANIS, LLC**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO. 63105

Tel: (314) 725-7700 Fax: (314) 721-0905

Attorneys for **Audio Video Artistry; Walden Minoli and John David Kittleson**

JOHN M. DILLON
**CARUSO & DILLON PC**
100 Mamaroneck Avenue
Mamaroneck, NY. 10543

Tel: (914) 698-6392 Fax: (914) 698-2038

Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell**

STEVEN N. BECK
**CHAVEZ AND GERTLER LLP**
1225 15th Street, NW
Washington, DC. 20005

Tel: (202) 232-7550 Fax: (202) 232-7556

Attorneys for **Timothy R. Gregory**

MICHAEL D. GOTTSCH
JOSEPH G. SAUDER
DANIEL B. SCOTT
BENJAMINE F. JOHNS
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA. 19401

Tel: (610) 642-8500 Fax: (610) 649-3633

Attorneys for **Roberta Harrell**

RICHARD L. COFFMAN
**THE COFFMAN LAW FIRM**
1240 Orleans Street, Suite 200
Beaumont, TX. 77701

Tel: (409) 832-4767 Fax: (866) 835-8250

Attorneys for **John Pulasky; Tammy Long; Christopher C. Rywelski; Lynne M. Holtkamp; Miles H. Humphrey, M.D.; James T. Watson a/k/a Jim Watson; Oscar Cintron; Patricia A. Ronco; Allen Kelley; Jeffrey L. Walters; Tara Perry; Isaac Salem; Shawn Stern and Ling-Hung Jou**

IRWIN B. LEVIN
SCOTT D. GILCHRIST
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN. 46204

Tel: (317) 636-6481 Fax: (317) 636-2593

Attorneys for **Kaine Kornegay**

MICHAEL D. HAUSFIELD
CHARLES E. TOMPKINS
ANDREW B. BULLION
HILARY K. RATWAY
KATE KONOPKA
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC. 20005

Tel: (202) 408-4600 Fax: (202) 408-4699

Attorneys for **Jamie Maites; Henry Truong; Sara Cabezas; Computer World Solution, Inc.; Industrial Computing, Inc.; Omni Circuits International, LLC; Art's TV & Appliance; Omnis Computer Supplies, Inc. and Magic Video, Inc.**

PETER S. PEARLMAN
JEFFREY W. HERRMANN
**COHN LIFLAND PEARLMAN HERRMANN & KNOFF LLP**
Park 80 Plaza West-One
Saddle Brook, NJ 07663

Tel: (201) 845-9600 Fax: (201) 845-9423

Attorneys for **Nathan Muchnick, Inc.**

| | |
|---|---|
| JOSEF D. COOPER<br>TRACY R. KIRKMAN<br>KELLY A. HORNE<br>**COOPER & KIRKMAN, P.C.**<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 788-3030 Fax: (415) 788-7040<br><br>Attorneys for **FME Architecture + Design** | DARIO De GHETALDI<br>**COREY LUZAICH PLISKA De GHETALDI**<br>**NASTARI LLP**<br>700 El Camino Real<br>P. O. Box 669<br>Millbrae, CA. 94030<br><br>Tel: (650) 871-5666 Fax: (650) 871-4144<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |
| SAMUEL W. LANHAM, Jr.<br>**CUDDY & LANHAM, P.A.**<br>470 Evergreen Woods<br>Bangor, ME. 04401<br><br>Tel: (207) 942-2898 Fax: (207) 941-8818<br><br>Attorneys for **Patricia A. Ronco** | ROGER M. SCHRIMP<br>FRED SILVA<br>KATHY L. MONDAY<br>**DAMRELL, NELSON, SCHRIMP, PALLIOS,**<br>**PACHER & SILVA**<br>1601 I Street, Fifth Floor<br>Modesto, CA. 95354<br><br>Tel: (209) 526-3500 Fax: (209) 5263534<br><br>Attorneys for **Advanced technology Distributors, Inc.** |
| CLINT SARGENT<br>**DANFORTH, MEIRHENRY & MEIRHENRY**<br>315 South Phillips Avenue<br>Sioux Falls, SD. 57104<br><br>Tel: (605) 336-3075 Fax: (605) 336-2593<br><br>Attorneys for **Chad Hansen** | JOSEPH F. DEVEREUX, Jr.<br>**DEVEREUX MURPHY LLC**<br>The Plaza at Clayton<br>190 Carondelet, Suite 1100<br>St. Louis, MO. 63105<br><br>Tel: (314) 721-1516 Fax: (314) 721-4434<br><br>Attorneys for **Timothy J. Purdy** |
| WYATT B. DURRETTE, Jr.<br>CHRISTOPHER G. HILL<br>CHRISTINE A. WILLIAMS<br>**DURRETTE BRANDSHAW, PLC**<br>600 East Main Street, 20th Floor<br>Richmond, VA. 23219-2430<br><br>Tel: (804) 775-6900 Fax: (804) 775-6911<br><br>Attorneys for **John Pulasky; Tammy Long; Christopher C. Rywelski; Lynne M. Holtkamp; Miles H. Humphrey, M.D.; James T. Watson a/k/a Jim Watson; Oscar Cintron; Patricia A. Ronco; Allen Kelley; Jeffrey L. Walters; Tara Perry; Isaac Salem; Shawn Stern and Ling-Hung Jou** | CHIEF NNAMDI A EKENNA<br>**THE EKENNA LAW FIRM, *apc.***<br>4311 Wilshire Boulevard, Suite 612-B<br>Los Angeles, CA. 90010-3717<br><br>Tel: (323) 954-1000 Fax: (323) 954-1001<br><br>Attorneys for **Wendy Williams** |
| SCOTT E. POYNTER<br>CHRISTOPHER D. JENNINGS<br>**EMERSON POYNTER LLP**<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR. 72201<br><br>Tel: (501) 907-2555 Fax: (501) 907-2556<br><br>Attorneys for **Robert S. Harmon** | JOHN G. EMERSON<br>**EMERSON POYNTER LLP**<br>830 Apollo Lane<br>Houston, TX. 77058<br><br>Tel: (281) 488-8854 Fax: (281) 488-8867<br><br>Attorneys for **Robert S. Harmon** |

| | |
|---|---|
| **GREGG VANCE FALLICK**<br>Suite 1560, Albuquerque Plaza<br>201 Third Street, N.W.<br>Albuquerque, NM. 87102<br><br>Tel: (505) 842-6000 Fax: (505) 842-6001<br><br>Attorneys for **Rosemary Valdez** | ADAM STEIN<br>**FERGUSON, STEIN, CHAMBERS, GRESHAM & SUMTER, P.A.**<br>312 West Franklin Street,<br>Chapel Hill, NC. 27516<br><br>Tel: (919) 933-5300 Fax: (919) 933-6182<br><br>Attorneys for **Lynne M. Holtkamp** |
| DONALD L. PERELMAN<br>ROBERTA D. LIEBENBERG<br>**FINE, KAPLAN & BLACK, R.P.C.**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 567-6565 Fax: (215) 568-5872<br><br>Attorneys for **Ajax Philadelphia, Inc.** | MILA F. BARTOS<br>RICHARD M. VOLIN<br>**FINKELSTEIN THOMPSON LLP**<br>1050 30th Street, N.W.<br>Washington, DC. 20007<br><br>Tel: (202) 337-8000 Fax: (202) 337-8090<br><br>Attorneys for **Diplomat Merchandise Corp.** |
| WILLIAM F. PATTERSON, Jr.<br>**FORMAN ROSSABI BLACK, P.A.**<br>3623 North Elm Street, Suite 200<br>Greensboro, NC. 27455<br><br>Tel: (336) 378-1899 Fax: (336) 378-1850<br><br>Attorneys for **William J. Fisher** | RUSSELL F. BRASSO<br>**FOREMAN & BRASSO**<br>930 Montgomery Street, Suite 600<br>San Francisco, CA. 94103<br><br>Tel: (415) 433-3475 Fax: (415) 781-8030<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |
| MICHAEL G. SIMON<br>M. ERIC FRANKOVITCH<br>**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**<br>337 Penco Road<br>Weirton, WV. 26062<br><br>Tel: (304) 723-4400 Fax: (304) 723-5892<br><br>Attorneys for **John Martich and Allen Kelley** | STEVEN A. KANNER<br>WILLIAM H. LONDON<br>DOUGLAS A. ,ILLEN<br>**FREED, KANNER, LONDON & MILLEN, LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL. 60015<br><br>Tel: (224) 632-4500 Fax: (224) 632-4519<br><br>Attorneys for **Art's TV & Appliance** |
| PAUL M. WEISS<br>WILLIAM M. SWEETNAM<br>**FREED & WEISS LLC**<br>111 West Washington Street, Suite 1331<br>Chicago, IL. 60602<br><br>Tel: (312) 220-0000 Fax: (312) 220-7777<br><br>Attorneys for **Ryan J. Bierling** | DAVID FREEDMAN<br>MATTHEW L. GARCIA<br>JOSEPH GOLDBERG<br>**FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A.**<br>20 First Plaza, Suite 700<br>Albuquerque, NM. 87102<br><br>Tel: (505) 842-9960 Fax: (505) 842-0761<br><br>Attorneys for **Marcia Weingarten; Jerome O'Connell; Timothy J. Purdy; Ajax Philadelphia, Inc.** |

| | |
|---|---|
| MICHAEL P. LEHMANN<br>THOMAS P. DOVE<br>CHRISTOPHER L. LEBSOCK<br>JON T. KING<br>**FURTH LEHMANN & GRANT LLP**<br>225 Bush Street, 15th Floor<br>San Francisco, CA. 94104<br><br>Tel: (415) 433-2070 Fax: (415) 982-2076<br><br>Attorneys for **Judd Eliasoph; Arthur Sorokin; Jo Nash;**<br>**Amy Forlan; Will Henderson; Jaime Maites; Henry**<br>**Truong; Stephanie Truong; Frederick Rozo; Ari Hakim;**<br>**James Burt; Michael Juetten; Candace Rowlette; Michael**<br>**Francis Ayers; Sara Cabezas; Jeff Jafarian; Art's TV &**<br>**Appliance and Royal Data Services, Inc.** | CHARLES R. WATKINS<br>JOHN R. WYLIE<br>**FUTTERMAN HOWARD WATKINS WYLIE &**<br>**ASHLEY, CHTD.**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL. 60603<br><br>Tel: (312) 427-3600 Fax: (312) 427-1850<br><br>Attorneys for **Ling-Hung Jou** |
| STEPHEN M. GARCIA<br>JAMES M. MORGAN<br>**GARCIA LAW FIRM**<br>One World trade Center, Suite 1950<br>Long Beach, CA. 90831<br><br>Tel: (562) 216-5270 Fax: (562) 216-5271<br><br>Attorneys for **Marshall Meyers** | CARL SOLOMON<br>**GERGEL, NICKELS & SOLOMON, P.A.**<br>P. O. Box 1866<br>1519 Richland Street<br>Columbia, SC. 29202-1866<br><br>Tel: (803) 779-8080 Fax: (803) 256-1816<br><br>Attorneys for **Gregory P. Sloan** |
| ROBERT J. GRALEWSKI<br>**GERGOSIAN & GRALEWSKI**<br>550 West C Street, Suite 1600<br>San Diego, CA. 92101<br><br>Tel: (619) 230-0104 Fax: (619) 230-0124<br><br>Attorneys for **Joseph Kovacevich; Susan Selfridge and**<br>**Amiee Corlett** | KENNETH G. GILMAN<br>DAVID PASTOR<br>DANIEL D'ANGELO<br>**GILMAN & PASTOR, LLP**<br>225 Franklin Street, 16th Floor<br>Boston, MA. 02110<br><br>Tel: (617) 742-9700 Fax: (617) 742-9701<br><br>Attorneys for **Christopher Murphy** |
| DANIEL C. GIRARD<br>ELIZABETH C. PRITZKER<br>AARON. SHEANIN<br>DAMON M. CONNOLLY<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA. 94108<br><br>Tel: (415) 981-4800 Fax: (415) 981-4846<br><br>Attorneys for **Bart, LLC, f/k/a B & B Install** | SUSAN G. KUPFER<br>SYLVIE K. KERN<br>**GLANCY BINKOW & GOLDBERG LLP**<br>455 Market Street, Suite 1810<br>San Francisco, CA. 94105<br><br>Tel: (415) 972-8160 Fax: (415) 972-8166<br><br>Attorneys for **Michael J. Eliav** |
| B. J. WADE<br>**GLASSMAN, EDWARDS, WADE & WYATT,**<br>**P.C.**<br>26 North Second Street<br>Memphis, TN. 38103<br><br>Tel: (901) 527-4675 Fax: (901) 521-0940<br><br>Attorneys for **Audi Video Artistry** | PAUL F. BENNETT<br>STEVEN O. SIDNER<br>JOSEPH M. BARTON<br>**GOLD BENNETT CERA & SIDENER LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA. 94105-2830<br><br>Tel: (415) 777-2230 Fax: (415) 777-5189<br>Attorneys for **Computer World Solution, Inc.;**<br>**Industrial Computing, Inc.; Omni Circuits**<br>**International, LLC; General Digital Corporation** |

| | |
|---|---|
| STEVEN E. GRUBB<br>**GOLDBERG KATZMAN, P.C.**<br>320 Market Street<br>P. O. Box 1268<br>Harrisburg, PA. 17108-1268<br><br>Tel: (717) 234-4161 Fax: (717) 234-6808<br><br>Attorneys for **Jeffrey L. Walters** | MARK GOLDMAN<br>DANIEL KARON<br>**GOLDMAN SCARLATO & KARON**<br>101 W. Elm Street, Suite 360<br>Conshohocken, PA. 19428<br><br>Tel: (484) 342-0700 Fax: (484) 342-0701<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff;<br>Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson;<br>Scott Friedson; Michael Brooks; Joe Solo; Brittany<br>Chung and Art's TV & Appliance** |
| **MARK J. GREENSPON**<br>6200 Spring Isles Boulevard<br>Lake Worth, FL. 33463<br><br>Tel: (954) 817-6272 Fax: (561) 439-0651<br><br>Attorneys for **Univision-Crimson Holding, Inc.;<br>Central New York Univision Video Systems, Inc.;<br>Crimson Tech, Inc.** | ROBERT S. GREEN<br>ELIZABETH C. GUARNIERI<br>BRIAN S. UMPIERRE<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, CA. 94105<br><br>Tel: (415) 477-6700 Fax: (415) 477-6710<br><br>Attorneys for **Fluorine On Call, Ltd.** |
| TERRY GROSS<br>ADAM C. BELSKY<br>MONIQUE ALONSO<br>**GROSS & BELSKY LLP**<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA. 94104<br><br>Tel: (415) 544-0200 Fax: (415) 544-0201<br><br>Attorneys for **Albert Wong** | WARREN RUBIN<br>**LAW OFFICES OF BERNARD M. GROSS, P.C.**<br>Suite 450, John Wanamaker Building<br>Juniper and Market Streets<br>Philadelphia, PA. 19107<br><br>Tel: (215) 561-3600 Fax: (215) 561-3000<br><br>Attorneys for **Ajax Philadelphia, Inc.** |
| JEFFREY A. BARTOS<br>SOYE KIM<br>**GUERRIERI, EDMOND, CLAYMAN &<br>BARTOS**<br>1625 Massachusetts Avenue, NW, Suite 700<br>Washington, DC. 20036<br><br>Tel: (202) 624-7400 Fax: (202) 624-7420<br><br>Attorneys for **Gail Feser** | DANIEL E. GUSTAFSON<br>RENAE D. STEINER<br>JASON S. KILENE<br>**GUSTAFSON GLUEK PLLC**<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN. 55402<br><br>Tel: (612) 333-8844 Fax: (612) 339-6622<br><br>Attorneys for **Jeffrey Larson; Timothy R. Gregory; Joseph<br>Kovacevich; Al Gober; Kari J. Nehring; Robert George;<br>Colette M. Dahm; Kathleen C. Davis; R. Rex Getz; Chad<br>Hansen; Timothy J. Purdy; Kaine Kornegay; John McKay;<br>Lynn Sweatman; William J. Fisher and Ann Scott** |
| STEVE W. BERMAN<br>ANTHONY D. SHAPIRO<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA. 98101<br><br>Tel: (206) 623-7292 Fax: (206) 623-0594<br><br>Attorneys for **Home Technologies Bellevue LLC** | VINCENT J. ESADES<br>**HEINS MILLS & OLSON, P.L.C.**<br>3550 IDS Center<br>80 South Eight Street<br>Minneapolis, MN. 55402<br><br>Tel: (612) 338-4605 Fax: (612) 338-4692<br><br>Attorneys for **Art's TV & Appliance** |

| | |
|---|---|
| J. ROBERT KEENA<br>BARTON C. GERNANDER<br>**HELLMUTH & JOHNSON, PLLC**<br>10400 Viking Drive, Suite 500<br>Eden Prairie, MN. 55344<br><br>Tel: (952) 941-4005 Fax: (952) 941-2337<br><br>Attorneys for **Christopher C. Rywelski** | JAMES B. BROWN<br>JENNIFER A. SCOTT<br>**HERUM CRABTREE BRWOM**<br>2291 West March Lane, Suite B100<br>Stockton, CA. 95207<br><br>Tel: (209) 472-7700 Fax: (209) 472-7986<br><br>Attorneys for **Sarah Hansen** |
| DENNIS STEWART<br>JENNIFER A. KAGAN<br>**HULETT HARPER STEWART LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA. 92101<br><br>Tel: (619) 338-1133 Fax: (619) 338-1139<br><br>Attorneys for **Kaine Kornegay; Susan Selfridge and Amiee Corlett** | GLENN CARL JAMES<br>**JAMES LAW OFFICES**<br>P.M.B. 501, 1533 Road 19<br>Guaynabo, PR. 00966-2700<br><br>Tel: (787) 763-2888 Fax: (787) 763-2881<br><br>Attorneys for **IMCA, Inc.** |
| EDWARD BEARMAN<br>**JG LAW FIRM**<br>780 Ridge Lake Boulevard, Suite 202<br>Memphis, TN. 38120<br><br>Tel: (901) 682-3450 Fax: (901) 682-3590<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson** | DANIEL J. MULLIGAN<br>LARRY W. GABRIEL<br>**JENKINS MULLIGAN & GABRIEL, LLP**<br>660 Market Street, 3rd Floor<br>San Francisco, CA. 94104<br><br>Tel: (415) 982-8500 Fax: (415) 982-8515<br><br>Attorneys for **Byron Ho** |
| STEVEN C. LAUSELL<br>JOSE R. GONZALEZ<br>**JIMENEZ, GRAFFMAN & LAUSELL**<br>P. O. Box 366104<br>San Juan, PR. 00936-6104<br><br>Tel: (787) 7675-1030 Fax: (787) 751-4068<br><br>Attorneys for **Oscar Cintron** | MICHAEL STOCKER<br>BRIAN WEBER<br>**JOHNS FLAHERTY & COLLINS, S.C.**<br>Exchange Building, Suite 600<br>P. O. Box 1626<br>La Crosse, WI. 54602<br><br>Tel: (608) 784-5678 Fax: (608) 784-0557<br><br>Attorneys for **Joseph Kovacevich** |
| DENNIS J. JOHNSON<br>**JOHNSON & PERKINSON**<br>1690 Williston Road<br>P. O. Box 2305<br>South Burlington, VT. 05403<br><br>Tel: (802) 862-0030 Fax: (802) 862-0060<br><br>Attorneys for **Robert Schuyler Watson** | ROBERT N. KAPLAN<br>RICHARD J. KILSHEIMER<br>GREGORY K. ARESON<br>**KAPLAN FOX & KILSHEIMER LLP**<br>805 Third Avenue, 22nd Floor<br>New York, NY. 10022<br><br>Tel: (212) 687-1980 Fax: (212) 687-7714<br><br>Attorneys for **CMP Consulting services, Inc.** |
| SHERMAN KASSOF<br>**LAW OFFICES OF SHERMAN KASSOF**<br>555 12th Street, Suite 1900<br>Oakland, CA. 94607<br><br>Tel: (510) 652-2554 Fax: (510) 652-9308<br><br>Attorneys for **Jeffrey Figone** | RON KILGARD<br>GARY A. GOTTO<br>MARK SAMSON<br>**KELLER ROHBACK P.L.C.**<br>3101 North central Avenue, Suite 1400<br>Phoenix, AZ. 85012<br><br>Tel: (602) 248-0088 Fax: (602) 248-2822<br>Attorneys for **Karen Stromberg** |



| | |
|---|---|
| LYNN LINCOLN SARKO<br>MARK A. GRIFFIN<br>JOHN H. BRIGHT<br>RAYMOND J. FARROW<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA. 98101<br><br>Tel: (206) 623-1900 Fax: (206) 623-3384<br><br>Attorneys for **Karen Stromberg** | J. GARRETT KENDRICK<br>**KENDRICK & NUTLEY**<br>1055 East Colorado Boulevard, 5th Floor<br>Pasadena, CA. 91104<br><br>Tel: (626) 204-4060 Fax: (626) 204-4061<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |
| KELLEY KENNY<br>**Attorney-at-Law**<br>P. O. Box 528<br>San Mateo, CA. 94401<br><br>Tel: (650) 558-9041 Fax: (650) 558-9041<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** | THOMAS D. KERSHAW, Jr.<br>**THOMAS D. KERSHAW, Jr., P.C.**<br>184 Gooding Street West<br>P. O. Box 2497<br>Twin Falls, ID. 83303<br><br>Tel: (208) 734-9622 Fax: (208) 734-6944<br><br>Attorneys for **Miles H. Humphrey, M.D.** |
| DANIEL HUME<br>DAVID E. KOVEL<br>BEVERLY TSE<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue, 10th Floor<br>New York, NY. 10022<br><br>Tel: (212) 371-6600 Fax: (212) 751-2540<br><br>Attorneys for **Tom DiMatteo; Chris Ferencsik and Richard Granich** | MARY G. KIRKPATRICK<br>**KIRKPATRICK & GOLDSBOROUGH, PLLC**<br>1233 Shelburne Road, Suite E-1<br>South Burlington, VT. 05403<br><br>Tel: (802) 651-0960 Fax: (802) 651-0964<br><br>Attorneys for **Allen Nassiff** |
| JOSEPH C. KOHN<br>WILLIAM E. HOESE<br>**KOHN, SWIFT & GRAF, P.C.**<br>One South Broad Street<br>Philadelphia, PA. 19107<br><br>Tel: (215) 238-1700 Fax: (215) 238-1968<br><br>Attorneys for **Nathan Muchnick, Inc.** | BERNARD PERSKY<br>CHRISTOPHER J. McDONALD<br>CRAIG L. BRISKIN<br>**LABATON SUCHAROW & RUDOFF LLP**<br>100 Park Avenue<br>New York, NY. 10017-5563<br><br>Tel: (212) 907-0700 Fax: (212) 818-0477<br><br>Attorneys for **Diplomat Merchandise Corp.** |
| SUSAN LACAVA<br>**SUSAN LACAVA, S.C.**<br>23 North Pinckney Street<br>Madison, WI. 53703<br><br>Tel: (608) 258-1335 Fax: (608) 258-1669<br><br>Attorneys for **Jai Paguirigan and Amy Paguirigan** | KEVIN J. O'CONNOR<br>**LAFOLLETTE GODFREY & KAHN, SC**<br>One East Main Street<br>P. O. Box 2719<br>Madison, WI. 53701-2719<br><br>Tel: (608) 284-2600 Fax:<br><br>Attorneys for **Marcia Weingarten and Jerome O'Connell** |

JUSTIN E. LaVAN
**LAMARCA & LANDRY, PC**
1820 NW 118th Street, Suite 200
Des Moines, IA. 50325

Tel: (515) 225-2600 Fax: (515) 225-8581

Attorneys for **Benjamin G. Northway**

HOWARD J. SEDRAN
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA. 19106-2719

Tel: (215) 592-1500 Fax: (215) 592-4663

Attorneys for **CMP Consulting Services, Inc.**

JOSEPH R. SAVERI
MICHELE C, JACKSON
ERIC B. FASTIFF
NIMISH R DESAI
**LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA. 94111-3339

Tel: (415) 956-1000 Fax: (415) 956-1008

Attorneys for **Sarah Hansen and Arthur Goodelman**

ALLYN Z. LITE
BRUCE D. GREENBERG
JASON E. MACAIS
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two gateway Center, 12th Floor
Newark, NJ. 07102

Tel: (973) 623-3000 Fax: (973) 623-0858

Attorneys for **Roberta Harrell and Richard A. Markham**

W. JOSEPH BRUCKNER
ELIZABETH R. ODETTE
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue, Suite 2200
Minneapolis, MN. 55402

Tel: (612) 339-6900 Fax: (612) 339-0981

Attorneys for **Royal Data Services, Inc.**

CHRISTOPHER LOVELL
PEGGY WEDGWORTH
CRAIG M. ESSENMACHER
KEITH ESSENMACHER
**LOVELL STEWART HALEBIAN, LLP**
500 Fifth Avenue, Floor 58
New York, NY. 10110

Tel: (212) 608-1900 Fax: (212) 719-4677

Attorneys for **Gladys Baker; Jack Elbaz; Robert Schuyler Watson; Steven Nakash; Isaac Salem and Erin Drew**

ANGELA K. DRAKE
**LOWTHER JOHNSON**
901 St, Louis Street, 20th Floor
Springfield, MO. 65806

Tel: (417) 866-7777 Fax: (417) 866-1752

Attorneys for **Peter Coyle**

LEE ALBERT
AMIR STARK
**MAGER & GOLDSTEIN LLP**
One Liberty Place
1650 market Street, 21st Floor
Philadelphia, PA. 19103

Tel: (215) 640-13280 Fax: (215) 640-3281

Attorneys for **Jeff Jafarian**

JAYNE A. GOLDSTEIN
**MAGER & GOLDSTEIN LLP**
1640 Town Center Circle, Suite 216
Weston, FL. 33326

Tel: (954) 515-0123 Fax: (954) 515-0124

Attorneys for **Jeff Jafarian**

DONNA F. SOLEN
GARY E. MASON
**THE MASON LAW FIRM, LLP**
1225 19th Street, NW, Suite 500
Washington, DC. 20036

Tel: (202) 429-2290 Fax: (202) 429-2294

Attorneys for **Rebecca Bly**

ROBERT G. METHVIN, Jr.
PHILLIP W. McCALLUM
JAMES TERRELL
**McCULLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL. 35205

Tel: (205) 939-3006 Fax: (205) 939-0399

Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson**

JOHN GRESSETTE FELDER, Jr.
CHAD A. McGOWAN
**McGOWAN HOOD FELDER AND JOHNSON**
1405 Calhoun Street
Columbia, SC. 29201

Tel: (803) 779-0100 Fax: (803) 787-0750

Attorneys for **Lee R. Chamberlain**

---

JAMES M. McMANIS
COLLEEN DUFFY SMITH
MARWA ELZANKALY
**McMANIS FAULKNER & MORGAN**
50 West San Fernando Street, 10th Floor
San Jose, CA. 95113

Tel: (408) 279-8700 Fax: (408) 279-3244

Attorneys for **Michele Wojnowski**

FLOYD M. MELTON, III
**MELTON LAW FIRM**
107½ East Market
P. O. Box 534
Greenwood, MS. 38935-0534

Tel: (662) 453-8016 Fax: (662) 453-0145

Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson**

---

STEVEN J. GREENFOGEL
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
Architects Building
117 South 17th Street, 22nd Floor
Philadelphia, PA. 19103

Tel: (215) 564-5182 Fax: (215) 569-0958

Attorneys for **Art's TV Appliance and General Digital Corporation**

CHRISTOPHER G. HILL
**MEYER GOERGEN & MARRS PC**
7130 Glen Forest Drive, Suite 305
Richmond, VA. 23226

Tel: (804) 288-3600 Fax:

Attorneys for **Shawn Stern**

---

MARVIN MILLER
**MILLER LAW LLC**
101 North Wacker Street Suite 2010
Chicago, IL. 60606

Tel: (312) 525-8320 Fax: (312) 525-8321

Attorneys for **Diplomat Merchandise Corp.**

GREG A. LEWEN
JAMES FOX MILLER
**MILLER, SCHWARTZ & MILLER, P.A.**
2435 Hollywood Boulevard
Hollywood, FL. 33020

Tel: (954) 924-0300 Fax: (954) 924-0311

Attorneys for **Mauricio DeFrancisco**

---

HARRY SHULMA
**THE MILLS LAW FIRM**
145 Marina Boulevard
San Rafael, CA. 94901

Tel: (415) 455-1326 Fax: (415) 455-1327

Attorneys for **Art's TV & Appliance**

B. MARK FONG
BRAD YAMAUCHI
JACK W. LEE
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA. 94108-4903

Tel: (415) 788-9000 Fax: (415) 398-3887

Attorneys for **Jonathan Hee**

| | |
|---|---|
| DANIEL J. MOGIN<br>**THE MOGIN LAW FIRM, P.C.**<br>110 Juniper Street<br>San Diego, CA. 92101<br><br>Tel: (619) 687-6611 Fax: (619) 687-6610<br><br>Attorneys for **Francis Frybarger** | MICAHEL S. MONTGOMERY<br>**MONTGOMERY GOFF & BULLIS, P.C.**<br>4802 Amber Valley Parkway<br>P. O. Box 9199<br>Fargo, ND. 58106-9199<br><br>Tel: (701) 281-8001 Fax: (701) 281-8007<br><br>Attorneys for **Robert George** |
| RODNEY OLSEN<br>**MORRISON, FROST, OLSEN & IRVINE, LLP**<br>323 Poyntz, Suite 204<br>Manhattan, KS. 66502<br><br>Tel: (785) 776-9208 Fax: (768) 776-9212<br><br>Attorneys for **R. Rex Getz** | CHRISTOPHER MOSCONE<br>JAMES QUADRA<br>**MOSCONE, EMBLIDGE & QUADRA, LLP**<br>220 Montgomery Street<br>Mills Tower, Suite 2100<br>San Francisco, CA. 94104<br><br>Tel: (415) 362-3599 Fax: (415) 362-2006<br><br>Attorneys for **Arthur Goodelman** |
| GILMUR R. MURRAY<br>DEREK G. HOWARD<br>SCOTT J. YUNDT<br>**MURRY & HOWARD, LLP**<br>436 14TH Street, Suite 1413<br>Oakland, CA. 94612<br><br>Tel: (510) 444-2660 Fax: (510) 444-2522<br><br>Attorneys for **Byron Ho** | KRISHNA B. NARINE<br>**LAW OFFICES OF KRISHNA B. NARINE**<br>7893 Montgomery Avenue, Suite 300<br>Elkins Park, PA. 19027<br><br>Tel: (215) 782-3240 Fax: (215) 782-3241<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff; Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson; Scott Friedson; Michael Brooks; Joe Solo and Brittany Chung** |
| NATHAN N, NEUMAN<br>**LAW OFFICES OF NATHAN N. NEUMAN**<br>700 Lake Drive<br>Ambler, PA. 19002<br><br>Tel: (215) 646-9520 Fax:<br><br>Attorneys for **Custom Audio Video** | ANDREW C. SKINNER<br>**NICHOLAS & SKINNER, L.C.**<br>115 East Washington Street<br>P. O. Box 487<br>Charles Town, WV. 25414-0487<br><br>Tel: (304) 725-7029 Fax: (304) 725-4082<br><br>Attorneys for **Tara Perry** |
| LAWRENCE D. NWAJEI, ESQ.<br>**LAW OFFICES OF LAWRENCE D. NWAJEI**<br>4221 Wilshire Boulevard, Suite 392<br>Los Angeles, CA. 90010-3537<br><br>Tel: (323) 549-0201 Fax: (323) 549-0211<br><br>Attorneys for **Wendy Williams** | LAWRENCE G. PAPALE<br>**LAW OFFICES OF LAWRENCE G. PAPALE**<br>1308 Main Street, # 117<br>St. Helena, CA. 94574<br><br>Tel: (707) 963-1704 Fax: (707) 963-0706<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone** |

| | |
|---|---|
| WILLIAM H. PARISH<br>**PARISH & SMALL**<br>1919 grand Canal Boulevard, Suite A-5<br>Stockton, CA. 95207-8114<br><br>Tel: (209) 952-1992 Fax: (209) 952-0250<br><br>Attorneys for **Community Business Bank** | JOSEPH M. PATANE<br>**LAW OFFICES OF JOSEPH PATANE**<br>2280 Union Street<br>San Francisco, CA. 94123<br><br>Tel: (415) 563-7200 Fax: (415) 364-0679<br><br>Attorneys for **Robert Kerson; Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards; Gayle L. Powelson; Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone** |
| BRUCE L. SIMON<br>ESTHER L. KLISURA<br>**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA. 94104-4610<br><br>Tel: (415) 433-9000 Fax: (415) 433-9008<br><br>Attorneys for **Cargo Corporation; Phelps Technologies, Inc. and Marshall Myers** | CLIFFORN H. PERASON<br>GARY S. SOTER<br>DANIEL L. WARSHAW<br>**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA. 91403<br><br>Tel: (818) 788-8300 Fax: (818) 788-8104<br><br>Attorneys for **Phelps Technologies, Inc. and Marshall Myers** |
| GREGORY L. RUSSELL<br>MICHAEL T. CALLAN<br>**PETERSON RUSSELL KELLY PLLC**<br>1850 Skyline Tower<br>10900 NE Fourth Street<br>Bellevue, WA. 98004-4700<br><br>Tel: (425) 462-4700 Fax: (425) 451-0714<br><br>Attorneys for **Home Technologies Bellevue LLC** | EDGAR D. GANKENDORFF<br>**PROVOSTY & GANKENDORFF, LLPC**<br>650 Poydras Street, Suite 2700<br>New Orleans, LA. 70130<br><br>Tel: (504) 410-2795 Fax: (504) 410-2796<br><br>Attorneys for **Magic Video, Inc.** |
| GARRETT D. BLANCHFIELD, Jr.<br>**REINHARDT WENDORF & BLANCHFIELD**<br>332 Minnesota Street<br>St. Paul, MN. 55101<br><br>Tel: (651) 287-2100 Fax: (651) 287-2103<br><br>Attorneys for **Kathleen C. Davis; Chad Hansen; Carman and Jeannie Pellitteri; Art's TV & Appliance** | RANDY RENICK<br>**LAW OFFICES OF RANDY RENICK**<br>The marine Building<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA. 91103<br><br>Tel: (626) 585-9608 Fax: (626) 577-7079<br><br>Attorneys for **Orion Home Systems, LLC** |
| MICHAEL L. ROBERTS<br>RICHARD QUINTUS<br>**ROBERTS LAW FIRM, PA**<br>20 Rahling Circle<br>P. O. Box 241790<br>Little Rock, AR. 72223<br><br>Tel: (501) 821-5575 Fax: (501) 821-4474<br><br>Attorneys for **John McKay and Ann Scott** | DIANNE M. NAST<br>**RODANAST, P.C.**<br>801 Estelle Drive<br>Lancaster, PA. 17601<br><br>Tel: (717) 892-3000 Fax: (717) 892-1200<br><br>Attorneys for **Kari Nehring; John McKay and Ann Scott** |

| | |
|---|---|
| CORY M. JONES<br>**ROYAL JONES MILES DUNKLEY & WILSON**<br>2920 North green valley Parkway, Suite 424<br>Henderson, NV. 89014<br><br>Tel: (702) 471-6777 Fax:<br><br>Attorneys for **Richard Granich** | ANDREW NICKELHOFF<br>MARSHALL J. WIDICK<br>**SACHS WALDMAN, P.C.**<br>1000 Farmer Street<br>Detroit, MI. 48226<br><br>Tel: (313) 965-3464 Fax: (313) 965-4602<br><br>Attorneys for **Judith Griffith** |
| RONEN SARRAF<br>JESEPH GENTILE<br>**SARRAF GENTILE LLP**<br>485 Seventh Avenue, Suite 1005<br>New York, NY. 10018<br><br>Tel: (212) 868-3610 Fax: (212) 918-7967<br><br>Attorneys for **Richard A. Markham** | GUIDO SAVERI<br>R. ALEXANDER SAVERI<br>CADIO ZIRPOLI<br>**SAVERI & SAVERI INC**<br>111 Pine Street, Suite 1700<br>San Francisco, CA. 94111<br><br>Tel: (415) 217-6810 Fax: (415) 217-6813<br><br>Attorneys for **Cargo Corporation and Orion Home Systems, LLC** |
| ALEXANDER M. SCHACK<br>**LAW OFFICES OF ALEXANDER M. SCHACK**<br>16870 W. Bernardo Drive, # 400<br>San Diego, CA. 92127<br><br>Tel: (858) 485-6535 Fax: (858) 485-0608<br><br>Attorneys for **Francis Frybarger** | MARK J. SCHIRMER<br>1661 International Place Drive, Suite 400<br>Memphis, TN. 38120<br><br>Tel: (901) 818-3146 Fax: (901) 818-3147<br><br>Attorneys for **Scott Beall** |
| ROBERT C. SCHUBERT<br>WILLEM F. JONCKHEER<br>PETER E. BORKON<br>AARON H. DARSKY<br>**SCHUBERT & REED LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA. 94111<br><br>Tel: (415) 788-4220 Fax: (415) 788-0161<br><br>Attorneys for **Dr. Steven Martel; Isaac Salem and Erin Drew** | CHRISTOPHER A. SEEGER<br>DAVID R. BUCHANAN<br>JONATHAN SHUB<br>TERRI ANNE BENEDETTO<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY. 10004<br><br>Tel: (212) 584-0700 Fax: (212) 584-0799<br><br>Attorneys for **Ryan J. Bierling** |
| STEVEN J. SERRATORE<br>SCOTT AMES<br>**SERRATORE AMES LLP**<br>9595 Wilshire Boulevard, Suite 201<br>Beverly Hills, CA. 90212<br><br>Tel: (310) 205-2460 Fax: (310) 204-2464<br><br>Attorneys for **George Mays** | ISAAC L. DIEL<br>**SHARP McQUEEN**<br>6900 College Boulevard, Suite 285<br>Overland Park, KS. 66211<br><br>Tel: (913) 661-9931 Fax: (913) 661-9935<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff; Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson; Scott Friedson; Michael Brooks; Joe Solo and Brittany Chung** |

| | |
|---|---|
| DOUGLAS P. DEHLER<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**<br>111 E. Wisconsin Avenue, Suite 1750<br>Milwaukee, WI. 53202<br><br>Tel: (414) 226-9900 Fax: (414) 226-9905<br><br>Attorneys for **Toomas P. Mitt** | NATALIE FINKELMANN BENNETT<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**<br>35 E. State Street<br>Media, PA. 19063<br><br>Tel: (610) 891-9880 Fax: (610) 891-9883<br><br>Attorneys for **Toomas P. Mitt** |
| JORDAN M. LEWIS<br>**SIEGEL, BRILL, GREUPNER, DUFFEY & FOSTER, P.A.**<br>1300 Washington Square<br>100 Washington Avenue South<br>Minneapolis, MN. 55401<br><br>Tel: (612) 337-6100 Fax: (612) 339-6591<br><br>Attorneys for **Martha Mulvey** | P. JOHN BRADY<br>DANIEL D. OWEN<br>**SHUGHART THOMPSON & KILROY, P.C.**<br>Twelve Wyandotte Plaza<br>120 West 12th Street, Suite 1600<br>Kansas City, MO. 64105<br><br>Tel: (816) 421-3335 Fax: (816) 374-0509<br><br>Attorneys for **Cargo Corporation and Phelps Technologies, Inc.** |
| W. H. BUNDY, Jr.<br>**SMITH, BUNDY, BYBEE & BARNETT, P.C.**<br>Building F, Suite 100<br>1037 Chuck Dawley Boulevard<br>Mount Pleasant, SC. 29464<br><br>Tel: (843) 881-1623 Fax: (843) 881-4406<br><br>Attorneys for **Carman and Jeannie Pellitteri and Lynn Sweatman** | EUGUEN A. SPECTOR<br>**SPECTOR, ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA. 19102<br><br>Tel: (215) 496-0300 Fax: (215) 496-6611<br><br>Attorneys for **Art's TV & Appliance** |
| BRUCE SPIVA<br>KATHLEEN HARTNETT<br>**SPIVA & HARTNETT LLP**<br>1776 Massachusetts Avenue, NW, Suite 600<br>Washington, DC. 20036<br><br>Tel: (202) 785-0601 Fax: (202) 785-0697<br><br>Attorneys for **Timothy R. Gregory** | ALLAN STEYER<br>**STYER, LOWENTHAL, BOODROOKAS, ALVAREZ & SMITH, LLP**<br>One California Street, Third Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 421-3400 Fax: (415) 421-2234<br><br>Attorneys for **Jaime Maites; Henry Truong; Stephanie Truong; Kaine Kornegay; John McKay; Elena Ralik and Ann Scott** |
| KENNETH G. WALSH<br>**STRAUS & BOIES, LLP**<br>2 Depot Plaza, Suite 203<br>Bedford Hills, NY. 10507<br><br>Tel: (914) 244-3200 Fax: (914) 244-3260<br><br>Attorneys for **Jose Juan; John Martich; Judith Griffith; Christopher Bessette; Peter Coyle; Marcia Weingarten; Jerome O'Connell; Gail Feser; Benjamin G. Northway; Martha Mulvey; Scott Beall; Mauricio DeFrancisco; IMCA, Inc.; Allen Kelley; Timothy J. Lauricella; Donna Jeanne Flanagan and Elena Ralik** | DAVID BOIES, III<br>TIMOTHY D. BATTIN<br>IAN OTTO<br>NATHAN CIHLAR<br>**STRAUS & BOIES, LLP**<br>4041 University Drive, Fifth Floor<br>Fairfax, VA. 22030<br><br>Tel: (703) 764-8700 Fax: (703) 764-8704<br><br>Attorneys for **Jose Juan; John Martich; Judith Griffith; Christopher Bessette; Peter Coyle; Marcia Weingarten; Jerome O'Connell; Gail Feser; Benjamin G. Northway; Martha Mulvey; Scott Beall; Mauricio DeFrancisco; IMCA, Inc.; Allen Kelley; Timothy J. Lauricella; Donna Jeanne Flanagan and Elena Ralik** |

J. PRESTON STROM, Jr.
MARIO A. PACELLA
**STROM LAW FIRM, LLC**
2110 Beltline Boulevard, Suite A
Columbia, SC. 29204

Tel: (803) 252-4800 Fax: (803) 252-4801

Attorneys for **Gregory P. Sloan**

LIONEL H. SUTTON, III
**SUTTON LAW FIRM**
610 Baronne Street
New Orleans, LA. 70113

Tel: (504) 586-8899 Fax: (504) 585-1789

Attorneys for **Magic Video, Inc.**

---

SHAWN A. TAYLOR
**SHAWN TAYLOR PLLC**
120 Capitol Street
P. O. Box 2132
Charleston, WV. 25328

Tel: (304) 345-5959 Fax: (304) 345-0270

Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson**

REGINALD TERRELL, ESQ.
**THE TERRELL LAW GROUP**
223 25th Street
Richmond, CA. 94804

Tel: (510) 237-9700 Fax: (510) 237-4616

Attorneys for **Lisa Blackwell**

---

JASON J. THOMPSON
**J. THOMPSON & ASSOCIATES PLC**
26000 west 12 Mile Road
Southfield, MI. 48034

Tel: (248) 436-8448 Fax:

Attorneys for **Collette M. Dahm**

LEROY D. PERCY
GRADY F. TOLLISON. Jr.
**TOLLISON LAW FIRM, P.A.**
100 Courthouse Square
P. O. Box 1216
Oxford, MS. 38655

Tel: (662) 234-7070 Fax: (662) 234-7095

Attorneys for **Tammy Long**

---

JULIAN H. TOPOREK
221 West York Street
Savannah, GA. 31401

Tel: (912) 236-4666 Fax:

Attorneys for **Custom Audio Video**

THOMAS E. TOWE
**TOWE, BALL, ENRIGHT, MacKEY & SOMMERFIELD**
P. O. Box 30457
Billings, MT. 59107

Tel: (406) 248-7337 Fax: (406) 248-2647

Attorneys for **John Pulasky**

---

MARIO N. ALIOTO
LAUREN C. RUSSELL
**TRUMP, ALIOTO, TRUMP & PRESCOTT**
2280 Union Street
San Francisco, CA. 94123

Tel: (415) 563-7200 Fax: (415) 346-0679

Attorneys for **Karen Brock; Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards; Gayle L. Powelson; Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone**

KENNETH LEO VALINOTI
**VALINOTI & DITO LLP**
180 Montgomery Street, Suite 940
San Francisco, CA. 94104-4223

Tel: (415) 986-1336 Fax: (415) 986-1231

Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell**

STVEN A. ASHER
ROBERT S. KITCHENOFF
MINDEE J. REUBEN
NOAH AXLER
**WEINSTEIN, KITCHENOFF & ASHLER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA. 19103

Tel: (215) 545-7200 Fax: (215) 545-6535

Attorneys for **Ajax Philadelphia, Inc.**

GEORGE O. WEST III
**LAW OFFICES OF GEORGE O. WEST III**
6787 West Tropicana Avenue, Suite 263
Las Vegas, NV. 89103

Tel: (702) 248-1076 Fax: (702) 953-2286

Attorneys for **Allen Kelley**

EDWARD J. WESTLOW
600 East Main Street, 20th Floor
Richmond, VA. 23219-2430

Tel: (804) 780-0305 Fax: (804) 780-0306

Attorneys for **John Pulasky; Tammy Long; Christopher C. Rywelski; Lynne M. Holtkamp; Miles H. Humphrey, M.D.; James T. Watson a/k/a Jim Watson; Patricia A. Ronco; Jeffrey L. Walters; Isaac Salem and Shawn Stern**

KENNETH A. WEXLER
**WEXLER TORISEVA WALLACE LLP**
One La Salle Street, Suite 2000
Chicago, IL. 60602

Tel: (312) 346-2222 Fax: (312) 346-0022

Attorneys for **Joseph Kovacevich**

MARK J. TAMBLYN
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA. 95815

Tel: (916) 568-1100 Fax: (916) 568-7890

Attorneys for **Joseph Kovacevich**

JOE R. WHATLEY, Jr.
**WHATLEY DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY. 10036

Tel: (212) 447-7070 Fax:

Attorneys for **Gregory P. Sloan**

S. THOMAS WIENNER
**WIENNER & GOULD, P.C.**
950 West University Drive, Suite 350
Rochester, MI. 48307

Tel: (248) 841-9400 Fax: (248) 652-2729

Attorneys for **Ling-Hung Jou**

MARC AARON WITE
**WITES & KAPETAN**
4400 North Federal Highway
Lighthouse Point, FL. 33064

Tel: (954) 570-8989 Fax: (954) 354-0205

Attorneys for **Scott Eisler**

JAMES F. WYATT, III
**WYATT & BLAKE, LLP**
435 East Morehead Street
Charlotte, NC. 28202-2609

Tel: (704) 331-0767 Fax: (704) 331-0773

Attorneys for **Donna Jeanne Flanagan**

PATRICK D. ALLEN
MICHAEL S. JAHNER
**YENSON, LYNN, ALLEN & WOSICK, P.C.**
4908 Alameda Boulevard NE
Albuquerque, NM. 87113-1736

Tel: (505) 266-3995 Fax:

Attorneys for **Walden Minoli and John David Kittleson**

| | |
|---|---|
| FRANCIS O. SCARPULLA<br>CRAIG C. CORBITT<br>MATTHEW R. SCHULTZ<br>QIANWEI FU<br>**ZELLE, HOFMANN, VOEBEL, MANSON &**<br>**GETTE LLP**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA. 94104<br><br>Tel: (415) 693-0700 Fax: (415) 693-0770<br><br>Attorneys for **Judd Eliasoph; Arthur Sorokin; Jo**<br>**Nash; Amy Forlan; Will Henderson; Jaime Maites;**<br>**Henry Truong; Stephanie Truong; Frederick Rozo;**<br>**James Burt; Michael Juetten; Candace Rowlette;**<br>**Michael Francis Ayers; Sara Cabezas and Karen**<br>**Stromberg** | TIMOTHY J. BECKER<br>BRIAN C. GUDMUNDSON<br>**ZIMMERMAN REED**<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN. 55402<br><br>Tel: (612) 341-0400 Fax:<br><br>Attorneys for **Colette M. Dahm** |
| ROBERT S. SCHACHTER<br>**ZWERLING SCHACHTER & ZWERLING**<br>**LLP**<br>41 Madison Avenue<br>New York, NY. 10010<br><br>Tel: (212) 223-3900 Fax:<br><br>Attorneys for **Custom Audio Video** | JOSEPH M. ALIOTO, Jr.<br>**THE ALIOTO LAW FIRM**<br>555 California Street, 31st Floor<br>San Francisco, CA. 94104<br><br>Tel:          Fax:<br><br>Attorneys for **Jonathan Hee** |
| JESEPH GOLDBERG<br>FREEDMAN BOYD DANIELS HOLLANDER<br>**GOLDBERG & IVES P.A.**<br>20 First Plaza, Suite 700<br>Albuquerque, NM. 87102<br><br>Tel:          Fax:<br><br>Attorneys for **Ajax Philadelphia, Inc.** | STEVEN K. HISAKA<br>GAIL Y. COSGROVE<br>KUNIO KWABE<br>**HISAKA YOSHIDA COSGROVE & CHING**<br>Pacific Guardian Center<br>Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, HI. 96813<br><br>Tel:          Fax:<br><br>Attorneys for **Gail H. Awakuni and John Okita** |
| PETER S. MICHAELS<br>DEVORAH G. EVANS<br>JENNIFER R. SELTENRICH<br>**MICHAELS & WARD, LLP**<br>12 post Office Square, 4th Floor<br>Boston, MA. 02109<br><br>Tel:          Fax:<br><br>Attorneys for **Heidi Bates** | |

**DEFENDANTS:**

| | |
|---|---|
| AU OPTRONICS CORP.<br>One Li Hsin Rd 2<br>Science Based industrial Park<br>Hsin Chu 300, Taiwan<br><br>Tel:          Fax:<br><br>For Defendants **AU Optronics Corporation;**<br>**AU Optronics** | MICHAEL F. HEALY<br>MATTHEW C. LOVELL<br>CHRISTOPHER A. NEDEAU<br>**SEDGWICK DETERT MORAN & ARNOLD,**<br>**LLP**<br>One Market Plaza, Stewart Tower, 8th Floor<br>San Francisco, CA. 94105<br><br>Tel: (415) 781-7900 Fax: (415) 781-2635<br><br>For Defendants **AU Optronics Corporation America** |
| JOHN C. McGUIRE<br>**SEDGWICK DETERT MORAN & ARNOLD,**<br>**LLP**<br>100 Mulberry Street, 12th Floor<br>Newark, NJ. 07102-5311<br><br>Tel: (973) 242-0002 Fax: (973) 242-8099<br><br>For Defendants **AU Optronics Corporation America** | PAUL J. LOH<br>NHAN T. VU<br>JASON H. WILSON<br>**WILLENKEN WILSON LOH & LEIB, LLP**<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, CA. 90017<br><br>Tel: (213) 955-9240 Fax: (213) 955-9250<br><br>For Defendants **AU Optronics Corporation America** |
| NATHAN L. WALKER<br>**WILMER CUTLER PICKERING HALE &**<br>**DORR, LLP**<br>1117 California Avenue<br>Palo Alto, CA. 94304<br><br>Tel: (650) 848-6000 Fax: (650) 858-6100<br><br>For Defendants **Chi Mei Optoelectronics Corporation;**<br>**CMO Japan Co., Ltd.; Chi Mei Optoelectronics USA,**<br>**Inc.; Chi Mei Optoelectronics and Chi Mei**<br>**Corporation** | STEVEN F. CHERRY<br>GORDON PEARSON<br>THERESE LEE<br>**WILMER CUTLER PICKERING HALE &**<br>**DORR, LLP**<br>1875 Pennsylvania Avenue, NW<br>Washington, DC. 20006-3642<br><br>Tel: (202) 663-6000 Fax: (202) 663-6363<br><br>For Defendants **Chi Mei Optoelectronics Corporation;**<br>**CMO Japan Co., Ltd.; Chi Mei Optoelectronics USA,**<br>**Inc.; Chi Mei Optoelectronics and Chi Mei**<br>**Corporation** |
| HUGH F. BANGASSER<br>RAMONA M. EMERSON<br>JULIE ANNE HALTER<br>**KIRKPATRICK & LOCKHART PRESTON**<br>**GATES ELLIS, LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA. 98104-1158<br><br>Tel: (206) 623-7580 Fax: (206) 623-7022<br><br>For Defendants **Hannstar Display Corporation** | JEFFREY L. BORNSTEIN<br>**KIRKPATRICK & LOCKHART PRESTON**<br>**GATES ELLIS, LLP**<br>55 Second Street, Suite 1700<br>San Francisco, CA. 94105-3493<br><br>Tel: (415) 882-8200 Fax:<br><br>For Defendants **Hannstar Display Corporation** |

| | |
|---|---|
| CHUNGHWA PICTURE TUBES, LTD.<br>1127 Hopin Road<br>Padeh City<br>Taoyuan<br>Taiwan, R.O.C.<br><br>Tel:          Fax:<br><br>For Defendants **Chunghwa Picture Tubes, Ltd.** | KENT M. ROGER<br>CANDACE SIMONE CROOKSHANK<br>WILLIAM JAMES TAYLOR<br>**MORGAN LEWIS & BOCKIUS, LLP**<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA. 94105<br><br>Tel: (415) 442-1000 Fax: (415) 442-1001<br><br>For Defendants **Hitachi America, Ltd. And Hitachi Electronic Devices (USA), Inc.** |
| HITACHI, LTD.<br>6-1 Marunouchi Center Building 13 F<br>Chiyoda-Ku<br>Tokyo 100-8220<br>JAPAN<br><br>Tel:          Fax:<br><br>For Defendants **Hitachi, Ltd.** | HITACHI DISPLAYS, LTD.<br>AKS Building 5F<br>6-2 Kanda Neribei-cho 3<br>Tokyo 101-0022<br>JAPAN<br><br>Tel:          Fax:<br><br>For Defendants **Hitachi Displays, Ltd.** |
| GENERAL COUNSEL<br>International Display<br>101 Metro Drive, Suite 510<br>San Jose, CA. 95110<br><br>Tel:          Fax:<br><br>For Defendants **IDT International, Ltd. and International Display Technology Co., Ltd.** | ANITA STORK<br>**COVINGTON & BURLING, LLP**<br>One front Street<br>San Francisco, CA. 94111<br><br>Tel: (415) 591-6000 Fax: (415) 591-6091<br><br>For Defendants **International Display Technology USA, Inc.** |
| IPS ALPHA TECHNOLOGY, LTD.<br>3732, Hayano, Mobara-shi<br>Chiba 297-0037<br>JAPAN<br><br>Tel: +81-47-525-9615 Fax: +81-47-525-9617<br><br>For Defendants **IPS Alpha Technology, Ltd.** | A. SCOTT ROSS<br>**NEAL & HARWELL**<br>150 Fourth Avenue, N<br>2000 First Union Tower<br>Nashville, TN. 37219-2498<br><br>Tel: (615) 244-1713 Fax: (615) 726-0573<br><br>For Defendants **LG Electronics USA, Inc.** |
| NEAL R. MARDER<br>DAVID J. ALTMAN<br>**WINSTON & STRAWN, LLP**<br>333 South Grand Avenue<br>Los Angeles, CA. 90071-1543<br><br>Tel: (213) 615-1700 Fax: (213) 615-1750<br><br>For Defendants **LG Electronics USA, Inc.** | MICHAEL R. LAZERWITZ<br>**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**<br>2000 Pennsylvania Avenue, NW, # 9000<br>Washington, DC. 20006<br><br>Tel: (202) 974-1500 Fax: (202) 974-1999<br><br>For Defendants **LG Phillips LCD America, Inc.** |

| | |
|---|---|
| JEROME C. ROTH<br>**MUNGER TOLLES & OLSEON, LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA. 94105-2907<br><br>Tel: (415) 512-4000 Fax: (415) 512-4077<br><br>For Defendants **LG Phillips LCD America, Inc.** | LG PHILLIPS LCD CO. LTD<br>20 Yoido-dong<br>Youngdungpo-gu<br>Seoul 150-721<br>REPUBLIC OF KOREA<br><br>Tel:            Fax:<br><br>For Defendants **LG Phillips LCD Co., Ltd.; LG Electronics, Inc.; Royal Phillips Electronics NV** |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br>1006 Oaza Kadoma<br>Kadoma, Osaka 571-8501<br>JAPAN<br><br>Tel: +81-6-6908-1121 Fax: +81-6-6908-2351<br><br>For Defendants **Matsushita Electric Industrial Co.** | NEC CORPORATION<br>7-1, Shiba 5-chome<br>Minato-Ku<br>Tokyo 108-8001<br>JAPAN<br><br>Tel:            Fax:<br><br>For Defendants **NEC Corporation** |
| GEORGE D. NIESPOLO<br>STEPHEN H. STURO<br>**DUANE MORRIS, LLP**<br>Spear Street Tower, Suite 2000<br>San Francisco, CA. 94105-1104<br><br>Tel: (415) 957-3000 Fax: (415) 957-3001<br><br>For Defendants **NEC Display Solutions of America, Inc. and NEC Electronics America, Inc.** | JONATHAN SWARTZ<br>**THELEN REID BROWN RAYSMAN & STEINER, LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA. 94105<br><br>Tel: (415) 371-1200 Fax: (415) 371-1211<br><br>For Defendants **NEC Electronics America, Inc.** |
| NEC LCD TECHNOLOGIES, LTD.<br>1753 Shimonumambe<br>Nakahara-Ku<br>Kawasaki<br>Kanagawa 211-8666<br>JAPAN<br><br>Tel:            Fax:<br><br>For Defendants **NEC LCD Technologies, Ltd. and NEC Electronics Corporation** | NEXGEN MEDIATECH USA INC.<br>14500 Proctor Avenue<br>City of Industry, CA. 91746<br><br>Tel: (626) 820-1368 Fax: (626) 820-1398<br><br>For Defendants **Nexgen Mediatech USA Inc.** |
| OREGON SCIENTIFIC, INC.<br>19861 SW 95th Place<br>Tualatin, OR. 97062<br><br>Tel: (503) 691-5100 Fax: (503) 691-6208<br><br>For Defendants **Oregon Scientific, Inc.** | DAVID L. YOHAI<br>**WEIL GOTSHAL & MANGES, LLP**<br>767 Fifth Avenue<br>New York, CA. 10153-0199<br><br>Tel: (212) 310-8000 Fax: (212) 310-8007<br><br>For Defendants **Panasonic Corporation of North America** |

21

| | |
|---|---|
| R. DALE GRIMES<br>JOSHUA RAY DENTON<br>**BASS BERRY & SIMS PLC**<br>315 Deaderick Street, Suite 2700<br>Nashville, TN. 37238-3001<br><br>Tel: (615) 742-6200 Fax: (615) 742-6293<br><br>For Defendants **Phillips Electronics North America Corporation and Phillips Consumer Electronics North America** | GARRARD R. BEENEY<br>BRIAN T. FRAWLEY<br>**SULLIVAN & CROMWELL, LLP**<br>125 Broad Street<br>New York, CA. 10004-2498<br><br>Tel: (212) 558-4000 Fax: (212) 558-3588<br><br>For Defendants **Phillips Electronics North America Corporation and Phillips Consumer Electronics North America** |
| JAMES L. McGINNIS<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 434-9100 Fax: (415) 434-3937<br><br>For Defendants **Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.,; Samsung Electronics Co. Ltd.** | SANYO EPSON IMAGING DEVICES CORPORATION<br>World trade Center Building, 15 F<br>2-4-1 Hammamatsu-cho<br>Minato-Ku<br>Tokyo, JAPAN<br><br>Tel:                Fax:<br><br>For Defendants **Sanyo Epson Imaging Devices Corporation and Epson Imaging Devices Corporation** |
| SHARP CORP.<br>22-22 Naga Ike-Cho,<br>Abenu-Ku<br>Osaka 545, JAPAN<br><br>Tel:          Fax:<br><br>For Defendants **Sharp Corporation** | ALBERT J. BORO, Jr.<br>**PILLSBURY WINTHROP SHAW & PITMAN, LLP**<br>50 Fremont Street<br>San Francisco, CA. 94105<br><br>Tel: (415) 983-1000 Fax: (415) 938-1200<br><br>For Defendants **Sharp Electronics Corporation** |
| TOSHIBA CORPORATION<br>1-1, Shibaura 1-chome<br>Minato-Ku<br>Tokyo 105-8001<br>JAPAN<br><br>Tel:                Fax:<br><br>For Defendants **Toshiba Corporation** | TOSHIBA MATSUSHITA TECHNOLOGY CO., LTD.<br>Rivage Shinagawa<br>1-8, Konan 4-chome<br>Minato-Ku<br>Tokyo 108-0075<br>JAPAN<br><br>Tel:                Fax:<br><br>For Defendants **Toshiba Matsushita Display Technology Co., Ltd. and Matsushita Display Technology Co., Ltd.** |